FILED

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0169

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0169

_____

DENNIS KONOPATZKE,

     Appellant,

v.

DARRELL S. WORM and OGLE & WORM, PLLP,

     Appellee.

_____

O R D E R

FILED

MAY 22 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

     Appellant has filed a motion for a 60-day extension of time to file his opening brief in the referenced matter. Good cause appearing.

     IT IS ORDERED that the Motion for 60-day Extension is GRANTED. Appellant has until July 28, 2020, within which to file his opening brief.

     DATED this 22 day of May, 2020.

                    For the Court,

By _____
                           Chief Justice